NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SANTIAGO GALAVIZ,**

*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee*

---

2020-2231

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 19-19, Judge Michael P. Allen.

---

## JUDGMENT

---

KENNETH DOJAQUEZ, Carpenter Chartered, Topeka, KS, argued for claimant-appellant.

MOLLIE LENORE FINNAN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BRIAN M. BOYNTON, MARTIN F. HOCKEY, JR., ROBERT EDWARD KIRSCHMAN, JR.; BRIAN D. GRIFFIN, SAMANTHA ANN SYVERSON, Office of General Counsel, Department of Veterans Affairs, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 12, 2021          /s/ Peter R. Marksteiner
    Date                  Peter R. Marksteiner
                          Clerk of Court